UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| IN RE:<br><br>Sunil Abhyankar<br>Anjani Abhyankar<br><br><br>Debtor(s). | Case No. 8:11-bk-19590-CPM<br>Chapter 11 |

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
DUE TO SURRENDER OF PROPERTY
(514 BELLE ISLE AVENUE, BELLEAIR BEACH, FL 33786)**

THIS CASE came on for hearing on January 17, 2012 upon the Motion for Relief from Automatic Stay Due to Surrender of Property (the "Motion", DE #27) filed by JPMorgan Chase Bank, National Association ("Movant"). No objection to the Motion having been filed and no appearance by the Debtor having been made at the hearing, and good cause appearing therefore, is:

ORDERED and ADJUDGED:

1. The Motion is granted.

2. The automatic stay is hereby modified to permit the Movant to commence and prosecute a mortgage foreclosure action in state court against real property, the legal description of which is:

> LOT 77, BELLE ISLE, ACCORDING TO THE MAP OR PLAT THEREOF, AS RECORDED IN PLAT BOOK 69, PAGES 28 AND 29, OF THE PUBLIC RECORDS OF PINELLAS COUNTY, FLORIDA.

Bearing a common address: 514 Belle Isle Avenue, Belleair Beach, FL 33786

3. The relief granted here permits the Movant to seek and obtain an *in rem* judgment against the property only and does not permit Movant to seek or obtain *in personam* relief against the Debtor.

DONE AND ORDERED in Tampa, Florida on January 25, 2012 _____.

_____
Catherine Peek McEwen
United States Bankruptcy Judge

Copies furnished to:

Kevin L. Hing, 4630 Woodland Corporate Blvd., Suite 100, Tampa, FL  33614
Sunil Abhyankar, 514 Belle Isle Avenue, Belleair Beach, FL 33786
Anjani Abhyankar, 514 Belle Isle Avenue, Belleair Beach, FL 33786
Steven M. Fishman, 2454 North McMullen Booth Road, #D-607, Clearwater, FL 33759
United States Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL 33602
Benjamin E. Lambers, Timberlake Annex, 501 E. Polk Street, Suite 1200, Tampa, FL 33602
All other interested parties and creditors listed on the 1007(d)parties-in-interest list.

09-127140 BK02